| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/3/06 | DATE AND TIME WARRANT EXECUTED<br>10/4/06 7:20 Am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Jud cgf |

INVENTORY MADE IN THE PRESENCE OF
S/A Brett Hamilton

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT
2004 Ford P/u truck XLT, VIN 1FTPW12S6KB91607
Various papers, stero equiptment /DVD player
Large Speaker, camping items,

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____ Joe Nu _____

Subscribed, sworn to, and returned before me this date.

_____ Vanzetta Penn McPherson _____ 10/19/06 _____

U.S. Judge or Magistrate         Date